| | | | | |
|---|---|---|---|---|
| Volvo House, Inc. v. RPG Management, Inc. . . . . . . . . | 16–CV–398 | 06/21/2017 | Affirmed and Remanded in part | Clark |
| Ethio, Inc. v. Capital Petroleum Group . . . . . . . . . . . . | 16–CV–834 | 06/21/2017 | Affirmed | Mott |
| Ming v. New Organizing Institute . . . . . . . . . . . . . . . . . . | 15–AA–632 | 06/20/2017 | Affirmed | Office of Administrative Hearings |
| Providence Hospital v. DOES | 16–AA–107 | 06/20/2017 | Affirmed | Compensation Review Board |
| Nuyen v. Ramirez . . . . . . . . . . | 16–CV–97 | 06/20/2017 | Affirmed | Clark |
| Jenkins v. U.S. . . . . . . . . . . . | 14–CF–723 | 06/19/2017 | Affirmed | Beck |
| Brown v. US . . . . . . . . . . . . . . | 16–CF–590 | 06/19/2017 | Affirmed | Dayson |
| Project Support Services, Inc. v. Caison . . . . . . . . . . . | 15–AA–385 | 06/16/2017 | Affirmed | Office of Administrative Hearings |
| Flood Doctor, Inc. v. Endeka Enterprises, LLC . . . . . . . . | 16–CV–727 | 06/15/2017 | Affirmed | Mott |
| Barnes v. Office of Employee Appeals DC Public Schools | 12–CV–892 | 06/13/2017 | Affirmed | Christian |
| Ampson v. U.S. . . . . . . . . . . . . | 15–CF–306 | 06/13/2017 | Affirmed | Broderick |
| Thomas v. Taylor . . . . . . . . . . | 15–CV–1325 | 06/13/2017 | Vacated and Remanded | Holeman |
| Brooks v. Does Impreglio, Healty & Parsons . . . . . . . . | 16–AA–105 | 06/13/2017 | Affirmed | Compensation Review Board |
| Brown v. U.S. . . . . . . . . . . . . . | 16–CM–791 | 06/13/2017 | Affirmed | Richter |
| Mobley v. Bank of America . . | 16–CV–301 | 06/13/2017 | ORDER dismissing case | Bartnoff |
| Garcia–Jimenez v. DOES / Washington Convention Center . . . . . . . . . . . . . . . . | 16–AA–752 | 06/09/2017 | Affirmed | Compensation Review Board |
| Truesdale v. U.S. . . . . . . . . . . | 12–CF–1307 | 06/07/2017 | Affirmed and Remanded in part | Jackson |
| Fowler v. DOES/Howard Univ. . . . . . . . . . . . . . . . . . | 16–AA–288 | 06/07/2017 | Affirmed | Compensation Review Board |
| Richard v. Mechanic . . . . . . . . | 14–FM–380, 14–FM–577 | 06/06/2017 | Affirmed | Smith |
| Creek v. U.S. . . . . . . . . . . . . . | 15–CM–727 | 06/06/2017 | Affirmed | Josey-Herring |
| Byrd v. U.S. . . . . . . . . . . . . . . | 15–CM1302 | 06/06/2017 | Affirmed | Macaluso |
| Turo v. Aramark Campus, LLC . . . . . . . . . . . . . . . . . . | 15–AA–1021 | 06/05/2017 | Affirmed | Office of Administrative Hearings |
| Bolton v. Crowley, Hoge & Fein, P.C. . . . . . . . . . . . . . . | 15–CV–1202 | 06/02/2017 | Affirmed | Rankin |